UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC.,<br><br>          Plaintiff,<br><br>   -against-<br><br>GRAY LINE NEW YORK TOURS, INC., TWIN AMERICA, LLC, SIGHTSEEING PASS LLC, BIG BUS TOURS GROUP HOLDINGS LIMITED, BIG BUS TOURS GROUP LIMITED, BIG BUS TOURS LIMITED, OPEN TOP SIGHTSEEING USA, INC., TAXI TOURS, INC., LEISURE PASS GROUP HOLDINGS LIMITED, LEISURE PASS GROUP LIMITED, and LEISURE PASS GROUP, INC.,<br><br>          Defendants. | Case No.: 1:19-cv-02832 (LAK) (BCM)<br><br>**NOTICE OF MOTION**<br><br>ORAL ARGUMENT REQUESTED |

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendants Big Bus Tours Group Holdings Limited, Big Bus Tours Group Limited, Big Bus Tours Limited, Leisure Pass Group Holdings Limited, and Leisure Pass Group Limited before the Honorable Lewis A. Kaplan in Courtroom 21B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order dismissing the First Amended Complaint with prejudice pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and any other relief that the Court deems just and proper.

2

| | |
|---|---|
| Dated: May 29, 2019<br>New York, New York | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Michael Lacovara<br>Michael Lacovara<br>Virginia F. Tent<br>Matthew Pickel<br>Sindhu Boddu<br>885 Third Avenue<br>New York, NY 10022<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br>Email: michael.lacovara@lw.com<br>Email: virginia.tent@lw.com<br>Email: matthew.pickel@lw.com<br>Email: sindhu.boddu@lw.com<br><br>Jessica N. Bratten (admitted *pro hac vice*)<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201<br>Email: jessica.bratten@lw.com<br><br>*Attorneys for Defendants Big Bus Tours Group Holdings Limited, Big Bus Tours Group Limited, Big Bus Tours Limited, Open Top Sightseeing USA, Inc., Taxi Tours, Inc., Leisure Pass Group Holdings Limited, Leisure Pass Group Limited, and Leisure Pass Group, Inc.* |