USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GO NEW YORK TOURS, INC.,
                      Plaintiff,

        -against-                                    19 **CIVIL** 2832 (LAK)

## JUDGMENT

GRAY LINE NEW YORK TOURS, INC., TWIN
AMERICA, LLC, SIGHTSEEING PASS LLC,
BIG BUS TOUR GROUP HOLDINGS LIMITED,
BIG BUS TOURS GROUP LIMITED, BIG BUS
TOURS LIMITED, OPEN TOP SIGHTSEEING
USA, INC., TAXI TOURS, INC., LEISURE
PASS GROUP HOLDINGS LIMITED, LEISURE
PASS GROUP LIMITED, LEISURE PASS
GROUP, INC.,
                      Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 4, 2020, the motion to dismiss is granted to the extent that the federal claims are dismissed with prejudice. The Court exercises its discretion to dismiss the remaining state law claims for lack of supplemental jurisdiction.

**Dated:**  New York, New York
          March 6, 2020

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court
                      **BY:**
                                                  **Deputy Clerk**